UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB ANDREW JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA HARRARA, *et al*,<br><br>Defendants. | CASE NO. 3:22-cv-05935-BJR-JRC<br><br>ORDER RENOTING AND GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

This matter is before the Court on plaintiff's motion for an extension of time to file his complaint (Dkt. 6). Specifically, plaintiff requests that the deadline for filing his amended complaint be extended from February 1, 2023, to April 1, 2023, in light of the difficulty of obtaining supporting evidence from a facility where plaintiff is no longer incarcerated. The Clerk properly noted the motion for consideration on January 27, 2023, pursuant to Local Civil Rule ("LCR") 7(d)(7).

Pursuant to LCR 7, the Court may *sua sponte* renote a pending motion as necessary. *See* LCR 7(l). The current noting date of plaintiff's motion falls shortly before the Court's current deadline to file an amended complaint, and the plaintiff will be better served by an earlier decision of the motion. In addition, as defendants have not yet been served with a complaint, re-

ORDER RENOTING AND GRANTING IN PART
PLAINTIFF'S MOTION FOR AN EXTENSION OF
TIME - 1

noting the motion for an extension of time to file the amended complaint will not cause any prejudice.

The Court declines to grant an extension to April 1, 2023, at this time. However, in light of plaintiff's *pro se* status and need to obtain supporting evidence, the Court will grant a one-month extension of time to file an amended complaint.

It is therefore ORDERED as follows:

(1) The Clerk is directed to **RENOTE** plaintiff's for an extension of time (Dkt. 6) for consideration on **January 23, 2023**; and

(2) Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his amended complaint on or before **March 1, 2023.**

Dated this 23rd day of January, 2023.

J. Richard Creatura
Chief United States Magistrate Judge