1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB ANDREW JOHNSTON,

              Plaintiff,

     v.

JESSICA HARRARA, *et al.*,

              Defendants.

CASE NO. 3:22-cv-05935-BJR-JRC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS
AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND
FORWARD PAYMENTS

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* does hereby find and ORDER.

(1)     Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefore.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his/her account until the full amount of the filing fee is satisfied.**

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION
TO CALCULATE, COLLECT, AND FORWARD
PAYMENTS - 1

1   (2)  Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in*

2 *forma pauperis*, the agency having custody of the above named plaintiff is directed to calculate

3 an initial partial filing fee equal to 20 percent of the greater of -- the average monthly deposits to

4 the prisoner's account or the average monthly balance in the prisoner's account for the 6-month

5 period immediately preceding the date of this Order.  The initial partial filing fee should be

6 forwarded to the court clerk as soon as practicable.

7   Subsequently, if the prisoner's account exceeds $10.00, each month the agency is

8 directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's

9 income credited to the prisoner's account.   In the event that the monthly payment would reduce

10 the prisoner's account below $10.00, the agency should collect and forward only that amount

11 which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit

12 does not apply to the initial partial filing fee described above.  Finally, the monthly payments

13 should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter

14 has been paid.

15   (3)  The Clerk is directed to send copies of this Order and the Pro Se Instruction Sheet

16 to plaintiff and a copy of this Order to the Prison Litigation Reform Act ("PLRA") contact

17 person, the inmate account manager at the agency having custody of plaintiff.

18   Dated this 24th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge