UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB ANDREW JOHNSTON,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA HARRARA, ET AL.,<br><br>    Defendants. | Civil Action No. 3-22-CV-05935-BJR-GJL<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the record of the case, and no objections having been filed, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed with prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 7th day of August 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge